IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VELMA RICHARDSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>    Acting Commissioner )<br>    of Social Security, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 5:13-cv-7-FL |

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and upon consideration of the Commissioner's unopposed request to remand this cause for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g), and remands the case to the Appeals Council for further administrative proceedings in relation to Plaintiff's Request for Review of the Administrative Law Decision dated October 3, 2011. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this  10th  day of  July         , 20 13 .

_____
Louise W. Flanagan
UNITED STATES DISTRICT JUDGE