UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VELMA RICHARDSON,               )
                                )
                    Plaintiff,  )
                                )
v.                              )        **JUDGMENT**
                                )
CAROLYN W. COLVIN,              )        No. 5:13-CV-7-FL
Acting Commissioner of Social Security,  )
                                )
                    Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion to Remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 10, 2013, that Defendant's motion to remand is granted and the Commissioner's decision is reversed pursuant to sentence four of 42 U.S.C. §405(g). This matter is remanded to the Appeals Council for further administrative proceedings in relation to Plaintiff's Request for Review of the Administrative Law Decision dated October 3, 2011.

**This Judgment Filed and Entered on July 10, 2013, and Copies To:**
Crystal G. Rouse (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


July 10, 2013                    JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk